FILED

02/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0611

IN RE THE ADOPTION OF CMC,

DONALD AND JULIA CARTER

    Petitioners and Appellees,

and

CHERRI STAGGS F/K/A TUMBLESON,

    Respondent and Appellant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

UPON MOTION duly made, and there appearing good cause therefore,

IT IS HEREBY ORDERED that the Appellees may have until March 18, 2024, to file their response brief.

No further extensions will be granted.

CC:  Kirsten Mull Core
      Andrea Collins

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2024